Case 1:22-mj-00079-GMH   Document 1-1

Case: 1:22-mj-00079
Assigned to: Judge Harvey, G. Michael .
Assign Date: 4/8/2022
Description: COMPLAINT W/ ARREST WARRANT

## **STATEMENT OF FACTS**

*Background*

1.      As described herein, a law enforcement investigation has revealed that Defendant Derrick Burroughs ("BURROUGHS") is involved in the possession with intent to distribute multiple controlled substances in Washington, D.C. The investigation has also revealed BURROUGHS's possession of a firearm and ammunition in relation to his possession with intent to distribute controlled substances.

2.      Your affiant was the arresting officer for a previous search warrant executed at 2216 16th Street SE, Washington, D.C. (the "PREMISES") on December 27, 2021. During the search, your affiant identified BURROUGH's bedroom at the residence and seized a Springfield XDS 9mm caliber firearm, multiple controlled substances, and drug paraphernalia from that location. At the time it was recovered, the firearm was loaded with one round in the chamber and seven additional rounds in the magazine. On March 16, 2022, BURROUGHS pleaded guilty to one count of Possession of an Unregistered Firearm in D.C. Superior Court Case No. 2021 CF2 007343 in relation to that offense.

3.      On March 31, 2022, at approximately 11:34 p.m., your affiant viewed an Instagram live social media broadcast in which BURROUGHS was sitting on a bed, holding a stack of U.S. currency, while smoking a substance that appears to be marijuana and holding a firearm with a green laser sight. Your affiant recognized BURROUGHS's location in the live social media broadcast as his bedroom at the PREMISES. On April 4, 2022, D.C. Superior Court issued search warrant number 2022 CSWSLD 1196 for the PREMISES.

*April 7, 2022 Arrest at 1535 U Street SE, Washington, D.C.*

4.      On April 7, 2022, at approximately 4:10 p.m., as Metropolitan Police Department ("MPD") officers were in route to the PREMISES to execute the search warrant, MPD officers observed BURROUGHS standing in and around the front of the King Convenience Store (the "Store"), located at 1535 U Street SE, Washington, D.C. BURROUGHS was holding a red bag on his back.

5.      As the officers pulled over and exited their vehicle, BURROUGHS fled inside of the Store. The officers followed BURROUGHS into the Store and observed BURROUGHS toss a red bag on top of a beverage refrigerator and then separated himself from the bag. Your affiant recovered the red bag while another officer stopped BURROUGHS. Your affiant felt a hard object at the bottom of the bag, which your affiant believed to be a firearm. Your affiant opened the red bag and observed a large amount of marijuana and a black pistol at the bottom of the bag. Your affiant voiced the code word for the presence of a firearm. Officers placed BURROUGHS under arrest. The firearm was a SAR Model SAR9, 9mm caliber firearm, bearing Serial No. T110221BV50143. At the time it was recovered, the firearm was loaded with one round in the chamber and 16 additional rounds in the magazine.

6. A further search of the red bag revealed the following:

   a. an eight-ounce Motts apple juice bottle that was filled approximately halfway (approximately four ounces) with an amber colored liquid that had the odor and appearance of PCP;

   b. three clear plastic bags and one red plastic bag containing a leafy green substance consistent with marijuana, weighing approximately 105 grams (including packaging), which field tested positive for THC;

   c. a black digital scale; and

   d. a social security card and ID for BURROUGHS.

7. Officers searched BURROUGHS's person, during which officers located the following:

   a. a clear plastic bag containing two bags of a white powdery substance, weighing approximately seven grams (including packaging), which field tested positive for fentanyl;

   b. a clear plastic bag containing approximately 40 red and clear plastic zip-lock bags that contained a white rock-like substance, weighing approximately seven grams (including packaging), which field tested positive for cocaine base;

   c. approximately $677 in U.S. currency;

   d. a small bag containing a leafy green substance consistent with marijuana; and

   e. a cell phone.

*April 7, 2022 Search Warrant at the PREMISES*

8. Following BURROUGHS's arrest at 1535 U Street SE, at approximately 4:24 p.m. MPD officers executed search warrant number 2022 CSWSLD 1196 at the PREMISES. During the search, officers identified the bedroom ("BEDROOM-1") that appeared to be used by BURROUGHS and another person ("PERSON-1"), who was present in BEDROOM-1 at the time of the search. Your affiant also recognized BEDROOM-1 as the same location as depicted in the March 22, 2022 Instagram live video described above, and as the same location as where MPD officers recovered a loaded firearm, controlled substances, and drug paraphernalia during the December 27, 2021 search warrant described above.

9. Upon executing the search warrant and entering the PREMISES, officers discovered the following in BEDROOM-1:

   a. inside a small bag on a desk, officers discovered a clear plastic bag containing a white rock-like substance, weighing approximately 28 grams (including packaging), which field tested positive for cocaine base;

    b.    on a window ledge, officers discovered empty red and clear plastic zip-lock bags that are consistent in appearance with the red and clear plastic zip-lock bags that officers recovered from BURROUGHS's person upon his arrest;

    c.    approximately $380 in U.S. currency;

    d.    mail matter with the names of BURROUGHS and PERSON-1; and

    e.    a social security card, birth certificate, and multiple pill bottles with PERSON-1's name.

10. In summary, BURROUGHS was found to be in possession of a loaded firearm and multiple controlled substances, including fentanyl, cocaine base, PCP, and marijuana, with the intent to distribute such controlled substances. Thus, your affiant believes there is probable cause to establish the offenses of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (fentanyl, cocaine base, PCP); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) (marijuana), and 18 U.S.C. § 924(c)(1)(A)(i).

_____
INVESTIGATOR NICHOLAS DAMRON (#2642)
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of April, 2022.*

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE